## TICONIC NAT. BANK OF WATERVILLE, ME., et al. v. SPRAGUE et al.

### No. 3192.

Circuit Court of Appeals, First Circuit.

Jan. 15, 1937.

F. Harold Dubord, of Waterville, Me., for appellants.

Harvey D. Eaton, of Waterville, Me., for appellees.

Before BINGHAM, WILSON, and MORTON, Circuit Judges.

PER CURIAM.

We are of the opinion that the decree of the District Court is correct except in so far as it allows interest; that in allowing interest from July 30, 1935 (the date of the bringing of the bill of complaint), the court erred.

The decree of the District Court is modified by striking therefrom the words "with interest from July 30, 1935," and so modified is affirmed, with costs to the appellees in this court.